■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT T. SNYDER, Appellant. [689 NYS2d 922] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: Contrary to the contentions of defendant, his conviction is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495) and he received meaningful representation (*see, People v Baldi,* 54 NY2d 137, 147). Defendant failed to preserve for our review his contention that Supreme Court erred in permitting the prosecutor to ask defendant on cross-examination whether his wife witnessed the rape (*see,* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). Nor was defendant denied a fair trial by cumulative error. The sentence, however, is illegal, and we therefore modify the judgment by providing that the indeterminate and determinate terms of incarceration run concurrently (*see, People v Leabo,* 84 NY2d 952, 953). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Rape, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.